**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| ANTOINE EXINVIL, | : | |
| | : | |
| Petitioner, | : | Civil No. 11-1444 (RBK) |
| | : | |
| v. | : | |
| | : | |
| U.S.A., et al., | : | **MEMORANDUM AND ORDER** |
| | : | |
| Respondents. | : | |

IT APPEARING THAT:

1. Petitioner, Antoine Exinvil, a federal inmate currently confined at the FCI Fort Dix in Fort Dix, New Jersey, seeks to re-open his case, a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, which was administratively terminated by Order of this Court entered on March 17, 2011, because Petitioner had neither prepaid the $5.00 filing fee for a habeas petition as required by Local Civil Rule 54.3(a), nor had he submitted a complete application to proceed in forma pauperis. (See Docket entry no. 4).

2. On or about March 29, 2011, Petitioner filed a letter that stated he was enclosing his application to proceed in forma pauperis ("IFP"), and asking the Court to re-open his habeas

1

action.  (See Docket entry no. 5).  However, no IFP application was enclosed.

    3.  Petitioner again wrote to the Court on November 28, 2011, December 27, 2011, January 27, 2012, and March 12, 2012, asking that his case be re-opened, but he failed to submit a completed IFP application or pay the $5.00 filing fee.  (See Docket entry nos. 6, 7, 8, and 9).

    THEREFORE, it is on this __7th__ day of ___June___, 2012;

    ORDERED that Petitioner's application to re-open his case is hereby DENIED, without prejudice; and it is further

    ORDERED that the Clerk of the Court shall supply to Petitioner a blank form Application to Proceed In Forma Pauperis in a Habeas Corpus Case, for use by a prisoner; and it is further

    ORDERED that, if Petitioner wishes to reopen this action, he shall so notify the Court within 30 days of the date of entry of this Order, in writing addressed to the Clerk of the Court, Mitchell H. Cohen Building and U.S. Courthouse, Fourth and Cooper Streets, Camden, New Jersey, 08101; Petitioner's writing shall include either: (1) a complete in forma pauperis application, including a certification of Petitioner's institutional account, as required by Local Civil Rule 81.2(b); or (2) the $5 filing fee; and it is finally

    ORDERED that upon receipt of a writing from Petitioner stating that he wishes to reopen this case, and either a complete

in forma pauperis application or filing fee within the time allotted by this Court, the Clerk of the Court will be directed to reopen this case; and it is finally

ORDERED that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge
